# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

### UNITED STATES

### VS.

# JUSTIN MIKOEL AUSTIN

### Gerstein Affidavit

CCN # 18217480/Arrest Number 491847872
The event occurred on 12/23/18 at approximately 11:22 in the 1600 block of Pennsylvania Avenue, NW, Washington, D.C.

The incident started at December 23, 2018, at approximately 11:00 hours in the 1600 Block of E Street, NW, Washington, D.C. While on patrol in full United States Secret Service police uniform, Officer Todd Owens #1897 (AO1) observed a black male wearing a blue hat, black jacket, black pants, with white and red shoes. The person was later identified by his New York drivers license as Justin Mikoel Austin DOB 07/09/1990 DL#470351925 (S1) on the north sidewalk on the Ellipse, west of the Zero Milestone statue leaning up against the chain link fence staring toward the White House at approximately 11:00 hours. Officer Rachel Conway #2272 (AO) arrived in the area at approximately 11:10 hours and witnessed S1 continuing to stare without breaking concentration.
AO and AO1 attempted to make contact by consensual encounter. S1 gave short answers and eventually stopped answering any questions from AO and AO1 while continuing to stare in the direction of the White House.

AO and AO1 left S1 alone but remained in the area. Around 11:36AM, AO and AO1 observed S1 start to run from the chain link fence directly towards the White House. S1 made it over the first fence closest to the Zero Milestone Statute. While attempting to go over the second barrier, a decorative black chain, S1 tripped and fell into the Ellipse roadway. S1 got up from the ground and (continued on page 2)

**The events and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.**

Subscribed and sworn before me this 26th day of December 2018

| Police Officer | Badge | District | Deputy Clerk |
|---|---|---|---|
| _[signature]_ | 2272 | D.C | |

Gerstein Affidavit Continued

Justin Mikoel Austin
CCN # 18217480/Arrest Number 491847872

continued to jump over the secured barriers that have several posted signs stating "Restricted Area Do Not Enter" dividing E Street from Ellipse road.

AO and AO1 gave several verbal commands to stop. S1 continued to run across E Street, jumping over another set of decorative black chain and attempted to scale the South Fence Line of the White House, which is in a restricted area. . AO and AO1 gave several verbal commands to get down from the fence and get on the ground, at which time S1 complied with the verbal commands and got on the ground and was placed in handcuffs by AO1.

The White House Complex is a restrict grounds or area within the meaning of 18 U.S.C. §1752(C)(1)(A). The United States Secret Service Officers are lawfully in charge of the public property constituting the White House Complex.

On 12/24/18, agents for the USSS spoke with S1's mother, who stated that the defendant lived with his father in Hempstead, New York, and did not know why S1 would be in Washington, D.C. S1's mother stated that Austin was diagnosed with paranoid schizophrenia and has not been compliant with his medication since an an unknown date in 2018. S1's mother stated she did not believe S1 had been in the Washington, D.C. area long. Agents then spoke with S1's father, who stated that he last saw S1 between August and September 2018 and believed S1 was staying at a shelter in NY. On one occasion a missing person's report was filed when S1 had not returned to S1's father's residence, where S1 was residing. S1's father was unaware that S1 had traveled to Washington, D.C.

Based on the aforementioned facts, I submit there is probable cause to believe that on December 23, 2018, Justin Mikoel Austin did knowingly enter and remain in a restricted building and grounds, that is, the White House Complex and Grounds, without lawful authority to do so in violation of 18 U.S.C. §1752(A)(1).